**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02743-CMA

CHERYL L. PEREZ,

     Plaintiff,

v.

KEVIN P. KUBIE, individually and in his official capacity as the
Chapter 7 Trustee of the Bankruptcy Estate of Cheryl L. Perez,
Case No. 05-25535-ABC,

     Defendant.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order Dismissing Bankruptcy Appeal for Lack of Standing of Judge

Christine M. Arguello entered on September 17, 2012, it is,

     ORDERED that, Perez's appeal be DISMISSED WITH PREJUDICE.

     Dated at Denver, Colorado this 20th day of September,2012.

                          FOR THE COURT:

                          JEFFREY P. COLWELL, CLERK

                          By: s/Sandra Hartmann

                          Sandra Hartmann
                          Deputy Clerk